UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN CLEMENTE and BARBARA CLEMENTE<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>JANE DOE; TRENDY DIGITAL CONSULTING, INC.; MAEHAL ENTERPRISES, INC.; GAUNGDA LOGISTICS, INC.; AURORRAL TRADE, INC.; PENGYUAN, INC.; DANCO GLOBAL, INC.; MIDDLESEX TRUCK AND AUTO BODY, INC.; WLF TRADING LIMITED; HUAYI ACCESS CO. LIMITED; WENYENXING LIMITED and JOHN DOES 1-10<br><br>　　　　　　　Defendants. | Civil Action No.: 3:24-cv-00314-MAS-JBD<br><br>NOTICE OF MOTION FOR PERMANENT INJUNCTIVE RELIEF |

To:   Middlesex Truck and Auto Body, Inc.
　　　c/o Brian Maloney
　　　65 Gerard Street
　　　Boston, Massachusetts 02119

　　　JPMorgan Chase Bank, N.A.
　　　Mail Code LA4-7100 / 7200
　　　700 Kansas Lane
　　　Monroe, LA 71203

**PLEASE TAKE NOTICE** that on April 7, 2025 at 10:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, Connell Foley LLP, attorneys for Plaintiffs Kevin Clemente and Barbara Clemente ("Plaintiffs"), will move before the Honorable Michael A. Shipp, U.S.D.J., at the United States District

1

16451639-1

Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, Trenton, New Jersey, for an Order granting Plaintiff's Motion for Permanent Injunctive Relief compelling JPMorgan Chase Bank, N.A. to turnover to Plaintiffs the $133,565.00 that was transferred into the account ending in 1740 in the name of Defendant Middlesex Truck and Auto Body, Inc. on or about April 12, 2023; and

**PLEASE TAKE FURTHER NOTICE** that is support of the Motion, Plaintiffs shall rely upon the Verified Complaint, the Certification of Plaintiff Kevin Clemente, with exhibits, the Affidavit of Brian Maloney, with exhibits, and the Memorandum of Law submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will request that the proposed form of Order submitted herewith be entered by the Court.

BY: */s/ Aaron H. Gould*

Leo J. Hurley, Jr.
Aaron H. Gould
**CONNELL FOLEY LLP**
Harborside 5
185 Hudson Street, Suite 2510
Jersey City, NJ 07311
*Attorneys for Plaintiffs Kevin Clemente and Barbara Clemente*

Dated: March 10, 2025

16451639-1