# Exhibit 1

**CHASE**

RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

03/21/2025

**CONNELL FOLEY LLP**
agould@connellfoley.com

Re:     KEVIN CLEMENTE ET AL vs. JANE DOE ET AL
Case No: 324CV00314MASJBD

**JPMorgan Chase Bank, N.A. ("JPMC") has received your INJUNCTION against the following debtor(s): MIDDLESEX TRUCK AND AUTO BODY.**

| Account Number | Amount of Hold | Present Balance |
|---|---|---|
| 1740 | $133,565.00 | $133,565.00 |

Funds are being held in suspense account for the amount of $133,565.00.

The Present Balance may be subject to claims which may reduce the amount stated above, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

This response is based on a search of data contained in JPMC's centralized customer identification and account information system. This system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMC's answer to the **INJUNCTION**. If you have questions about this matter, please call us at 1-866-578-7022. We're here Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m. to 7 p.m. Eastern Time.

Sincerely,

Kristina Hall
Transactions Specialist IV
JPMorgan Chase Bank, N.A.

JPMorgan Chase Bank, N.A.
A39a