

Connell Foley LLP
Harborside 5
185 Hudson Street Suite 2510
Jersey City, NJ 07311
P 201.521.1000   F 201.521.0100

**Aaron H. Gould**
Partner
Direct: 201.631.7803
agould@connellfoley.com

June 18, 2025

**VIA PACER/FEDEX**
The Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:   *Kevin Clemente and Barbara Clemente v. Jane Doe, et al.*
            Docket No.: 3:24-cv-00314-MAS-JBD

Dear Judge Shipp:

    As Your Honor is aware, this firm serves as counsel to Plaintiffs Kevin Clemente and Barbara Clemente ("Plaintiffs"). Please let this letter serve as Plaintiffs' withdrawal of their March 10, 2025 Motion for Permanent Injunctive Relief compelling JPMorgan Chase Bank, N.A. ("Chase Bank") to turnover the $133,565.00 that was transferred into the account ending in 1740 in the name of Defendant Middlesex Truck and Auto Body, Inc. on or about April 12, 2023.

    Chase Bank has provided Plaintiffs with the requested monies without requiring an Order.

                               Respectfully submitted,

                               */s/ Aaron H. Gould*

                               Aaron H. Gould