UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN CLEMENTE and BARBARA CLEMENTE<br><br>Plaintiffs,<br><br>vs.<br><br>JANE DOE; TRENDY DIGITAL CONSULTING, INC.; MAEHAL ENTERPRISES, INC.; GAUNGDA LOGISTICS, INC.; AURORRAL TRADE, INC.; PENGYUAN, INC.; DANCO GLOBAL, INC.; MIDDLESEX TRUCK AND AUTO BODY, INC.; WLF TRADING LIMITED; HUAYI ACCESS CO. LIMITED; WENYENXING LIMITED and JOHN DOES 1-10<br><br>Defendants. | Civil Action No.: 3:24-cv-00314-MAS-JBD<br><br>NOTICE OF VOLUNTARY DISMISSAL |

To:   The Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Middlesex Truck and Auto Body, Inc.
c/o Brian Maloney
65 Gerard Street
Boston, Massachusetts 02119

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kevin and Barbara Clemente, through their undersigned counsel, hereby give notice that the above captioned matter is voluntarily dismissed with prejudice against defendant Middlesex Truck and Auto Body, Inc.

1

16746150-1

|   |   |
|---|---|
| BY: | */s/ Aaron H. Gould* |
|   | Leo J. Hurley, Jr. |
|   | Aaron H. Gould |
|   | **CONNELL FOLEY LLP** |
|   | Harborside 5 |
|   | 185 Hudson Street, Suite 2510 |
|   | Jersey City, NJ 07311 |
|   | *Attorneys for Plaintiffs Kevin Clemente and Barbara Clemente* |

Dated: June 18, 2025