## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| KEVIN CLEMENTE and BARBARA CLEMENTE<br><br>                    Plaintiffs,<br><br>                 vs.<br><br>JANE DOE; TRENDY DIGITAL CONSULTING, INC.; MAEHAL ENTERPRISES, INC.; GAUNGDA LOGISTICS, INC.; AURORRAL TRADE, INC.; PENGYUAN, INC.; DANCO GLOBAL, INC.; MIDDLESEX TRUCK AND AUTO BODY, INC.; WLF TRADING LIMITED; HUAYI ACCESS CO. LIMITED; WENYENXING LIMITED and JOHN DOES 1-10<br><br>                    Defendants. | Civil Action No.: 3:24-cv-00314-MAS-JBD<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

To:   The Honorable Michael A. Shipp, U.S.D.J.
      Clarkson S. Fisher Building & U.S. Courthouse
      402 East State Street
      Trenton, New Jersey 08608

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kevin and Barbara Clemente, through their undersigned counsel, hereby give notice that the above captioned matter is voluntarily dismissed without prejudice against Defendants, Trendy Digital Consulting, Inc., Maehal Enterprises, Inc., Gaungda Logistics, Inc., Aurorral Trade, Inc., Pengyuan, Inc., Danco Global, Inc., WLF Trading Limited, Huayi Access Co. Limited and Wenyenxing Limited.

1

BY:  /s/ *Aaron H. Gould*
_____
Aaron H. Gould
**CONNELL FOLEY LLP**
Harborside 5
185 Hudson Street, Suite 2510
Jersey City, NJ 07311
*Attorneys for Plaintiffs,*
*Kevin Clemente and*
*Barbara Clemente*

Dated: February 11, 2026

**So Ordered this 26th day of February 2026**

_____
Honorable Michael A. Shipp, U.S.D.J.

2